JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONGHAI SMITH, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF LOS ANGELES, a municipal entity; OFFICER MANNING #41770, in his/her individual and official capacity;<br><br>Defendants. | CASE NO. CV20-03118-RGK (Ex)<br>*Hon. R. Gary Klausner, Ctrm. 850, 8th Fl., Roybal*<br>*Mag. Charles F. Eick, Ctrm. 750, 7th Fl., Roybal*<br><br>**ORDER ON JOINT STIPULATION TO DISMISS** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court having considered the parties' stipulation, and good cause appearing therefore, **GRANTS** the joint stipulation to dismiss with prejudice the above-captioned matter in its entirety pursuant to Fed. R. Civ. Proc. 41(a)(1).

**IT IS SO ORDERED.**

DATED: September 13, 2021

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE

1